THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES RIPPO and LEONARD RIPPO, Appellants.

(Argued October 24, 1932; decided November 22, 1932.)

*LeRoy Campbell* for appellants.

*Thomas C. T. Crain,* District Attorney (*Joshua Egelson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.